UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CRAIG EASLEY

VERSUS

JACE BROWNLEE, ET AL.

CIVIL ACTION

21-502-SDD-SDJ

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated August 19, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is GRANTED and this matter is REMANDED to the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana, for further proceedings.

Signed in Baton Rouge, Louisiana, on this 12 day of September, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 8.
[3] Rec. Doc. 4.